**DISMISS and Opinion Filed September 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00225-CV**
_____

**KITTY PERKINS, Appellant**
**V.**
**ST. JUDE/PARK CENTRAL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01046-E**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. On August 29, 2023 we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230225F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

KITTY PERKINS, Appellant

No. 05-23-00225-CV        V.

ST. JUDE/PARK CENTRAL, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-01046-E.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 26, 2023